### PROVERIS SCIENTIFIC CORPORATION,
Appellant

v.

### INNOVASYSTEMS, INC., Appellee.

No. 2015–1436.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2015.

Susan Hanmer Farina, Proveris Scientific Corporation, Marlborough, MA, argued for appellant. Also represented by Barry

Schindler, Greenberg Traurig LLP, New York, N.Y.; Lennie A. Bersh, Florham Park, NJ.

Joseph F. Posillico, Fox Rothschild, LLP, Philadelphia, PA, argued for appellee. Also represented by Frank T. Carroll; Ajit Jayant Vaidya, Eric Dean Morehouse, William Thomas Slaven, Kenealy Vaidya, LLP, Alexandria, VA.

MOORE, CLEVENGER, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.